UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:12-CR-855 |
| | § | |
| LOUIS  ARENAS | § | |

### FINAL JUDGMENT

For the reasons set forth in this Court's Memorandum Opinion and Order entered the same date, Louis Arenas's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED**, and this action is **DISMISSED**.

This is a **FINAL JUDGMENT**.

ORDERED this 10th day of September, 2015.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1